**Petition for Writ of Mandamus Denied and Opinion filed December 18, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00227-CV

## IN RE CEDRIC M. SCOTT, PHD, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-000006**

## MEMORANDUM OPINION

On Friday, December 5, 2025, relator Cedric M. Scott, PhD filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to (1) declare the Honorable Cory R. Liu constitutionally disqualified from the underlying case, trial court number D-1-GN-25-000006, styled *Cedric M. Scott, PhD v. Texas General Land Office of The State of Texas*; (2) compel the replacement judge in trial court number D-1-GN-25-000006 to vacate all substantive orders entered after November 21, 2025; (3) declare

that any restriction of access to the docket is void; and (4) direct the replacement judge to require the real party in interest to file a responsive pleading, restore public access to the underlying case docket, and rule promptly on relator's pending motions. Relator also filed a motion for emergency relief asking this Court to stay enforcement of all trial court orders and a motion to expedite our consideration of her petition for writ of mandamus.

Relator has not established she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and the related emergency motion. We dismiss her motion for expedited consideration as moot.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.